# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| Information associated with Facebook ) | |
| User ID Josue Ornelas/Ornelas Josue ) | Case No. 1:19-mj-275 |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal pending further order of the court.

The record reflects that the Search Warrant was returned executed on September 3, 2019 Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until December 9, 2019, at which time this matter shall be unsealed without further order of the court.

Dated this 4th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court